IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JENNIFER PETKUS,

        Plaintiff,                 JUDGMENT IN A CIVIL CASE

v.                                         Case No. 12-cv-104-wmc

RICHLAND COUNTY,
WISCONSIN COUNTY MUTUAL
INSURANCE CORP./AEGIS
CORPORATION and WILSON MUTUAL
INSURANCE COMPANY,

        Defendants.

---

       This action came before the court and a jury with District Judge William M. Conley presiding. The issues have been tried and the jury has rendered its verdict.

---

       IT IS ORDERED AND ADJUDGED that judgment is entered:

(1) awarding plaintiff Jennifer Petkus damages in the amount of $133,480 against defendants Richland County and Wisconsin County Mutual Insurance Corp./Aegis Corporation; and

(2) granting summary judgment in favor of Wilson Mutual Insurance Company.

Approved as to form this 1st day of May, 2013.

_____
William M. Conley, District Judge

By: Gina Kraull, Deputy Clerk
_____                5-1-2013
Peter Oppeneer, Clerk of Court                       Date