IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

**JENNIFER S. PETKUS**

        Plaintiff,

v.                                               Case No. 12 CV 104

**RICHLAND COUNTY,**
**WILSON MUTUAL INSURANCE COMPANY**
And **WISCONSIN COUNTY MUTUAL INSURANCE CORP. /**
**AEGIS CORPORATION,**

        Defendants.

---

**NOTICE OF APPEAL TO THE UNITED STATES**
**COURT OF APPEALS FOR THE SEVENTH CIRCUIT**

---

        Notice is hereby given that Richland County and Wisconsin County Mutual Insurance Corporation, Defendants in the above-named case, appeal to the United States Court of Appeals for the Seventh Circuit from the Judgment entered by the District Court and docketed by the Clerk of Court on May 1, 2013, in favor of Plaintiff Jennifer Petkus and against Defendants Richland County and Wisconsin County Mutual Insurance Corporation in the amount of $133,480.00.

        Dated this 21st day of November, 2013.

                                                        **MURPHY DESMOND S.C.**
                                                        Attorneys for Defendants
                                                        Richland County and Wisconsin County
                                                          Mutual Insurance Corporation

                                                      By: _/s/ Timothy J. Casper_
                                                            Margery Tibbetts-Wakefield
                                                            State Bar Number: 1012321
                                                            Timothy J. Casper
                                                            State Bar Number: 1012944
                                                            33 East Main Street, Suite 500
                                                           P.O. Box 2038
                                                           Madison, WI 53701-2038
                                                           (608) 257-7181