UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

JENNIFER PETKUS,

       Plaintiff,                        Case No. 12-cv-104-wmc

      v.

RICHLAND COUNTY, WISCONSIN
COUNTY MUTUAL INSURANCE CORPORATION/
AEGIS CORPORATION and WILSON MUTUAL INS. CO.,

       Defendants.

NOTICE OF CROSS APPEAL TO THE UNITED STATES
COURT OF APPEALS FOR THE SEVENTH CIRCUIT

      Notice is hereby given that Jennifer Petkus, the plaintiff in the above-captioned case, hereby cross-appeals to the United States Court of Appeals for the Seventh Circuit from the Judgment entered by the District Court in this action on May 1, 2013 against Defendants Richland County and Wisconsin County Mutual Insurance Corporation/ Aegis Corporation, and from the Opinion and Order on Plaintiff's post-judgment motion to amend the Judgment, entered by the District Court in this action on October 22, 2013.

      No cross-appeal is taken with regard to the May 1, 2013 Judgment in favor of Wilson Mutual Insurance Company.

1

Dated this 4th day of December, 2013.

                CULLEN WESTON PINES & BACH LLP

                */s/ Lester A. Pines*    .
                Lester A. Pines, SBN 01016543
                Tamara B. Packard, SBN 1023111
                122 West Washington Ave., Suite 900
                Madison, WI 53703
                Telephone: (608) 251-0101
                Facsimile:   (608) 251-2883
                Email: pines@cwpb.com
                        packard@cwpb.com

                *Attorneys for the Plaintiff Jennifer Petkus*